**Order entered January 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01371-CV

**KEITH WAGONER AND DARRON WILSON, Appellants**

**V.**

**DALLAS TEXAS, ET AL, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

Before the Court is appellant Darron Wilson's January 20, 2015, correspondence. We construe Wilson's correspondence to request that we dismiss appellant Keith Wagoner from this cause. To the extent appellant Wilson is requesting appellant Wagoner be dismissed, we **DENY** appellant Wilson's January 20, 2015, request.

/s/     CRAIG STODDART
JUSTICE